UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MOSLEY, an individual,<br><br>                         Plaintiff,<br><br>v.<br><br>CARLOS DEL TORO, Secretary of the Navy, Department of the Navy, a governmental entity; and DOES 1 through 25, inclusive,<br><br>                        Defendants. | Case No.: 21-CV-1129 TWR (JLB)<br><br>**ORDER DENYING WITHOUT PREJUDICE DONALD R. HOLBEN & ASSOCIATES, APC'S MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF IVAN MOSLEY**<br><br>(ECF No. 27) |

      Presently before the Court is Donald R. Holben & Associates, APC's Motion to Be Relieved as Counsel for Plaintiff Ivan Mosley ("Mot.," ECF No. 27), which is noticed for a hearing on November 17, 2022. The Motion is predicated—without further elaboration—on a "breakdown in the attorney-client relationship[] and . . . . irreconcilable differences." (*See* ECF No. 27-1 ("Mem.") at 2; *see also id.* at 3–4; ECF No. 27-2 ("Holben Decl.") ¶ 5.) Further, although no Early Neutral Evaluation conference ("ENE") had been scheduled when the Motion was filed on October 12, 2022, (*see* Mem. at 3; Holben Decl. ¶ 4), on October 17, 2022, the Honorable Jill L. Burkhardt set an ENE for November 30, 2022. (*See* ECF No. 30.)

Not only does the Court have insufficient information about the reason withdrawal is sought, *see, e.g.*, *Constr. Laborers Tr. Funds for S. Cal. Admin. v. W. Coast Structures, Inc.*, No. EDCV18490JGBSPX, 2019 WL 7905891, at *2 (C.D. Cal. Oct. 24, 2019), but allowing counsel to withdraw before the scheduled ENE might work an injustice or cause undue delay in the proceedings. (*Cf.* Mem. at 3–4 (citing *Manfredi & Levine v. Super. Ct.*, 66 Cal. App. 4th 1128, 1133–36 (1998)).) The Court therefore **DENIES WITHOUT PREJUDICE** Donald R. Holben & Associates, APC's Motion. Counsel may renew its request—with proper support—following the ENE.

**IT IS SO ORDERED.**

Dated: October 20, 2022

_____
Honorable Todd W. Robinson
United States District Judge